| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date: June 16, 2010<br>Time: 2:00 p.m. |

-----------------------------------------------------------x
In re:                                               Chapter 11
                                                     Case No. 10-12723 (MG)
SWEET N SOUR 7TH AVE CORP.,

                      Debtor.
-----------------------------------------------------------x

## ORDER PURSUANT TO 11 U.S.C. §362
## GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon the motion, dated May 27, 2010 (the "Motion")[1] of Fox 716 Realty LLC (the "Movant") for an order modifying the automatic stay of section 362 of title 11, United States Code (the "Bankruptcy Code") to permit Movant to enforce the warrant of eviction (the "Warrant") issued pursuant to a "so ordered" stipulation entered into between the Movant and the Debtor which was approved by the Civil Court of the City of New York, County of New York, Housing Part (the "State Court") and to take any further action which may be necessary to obtain possession of the Premises; and upon the declaration of Leonard Fox, managing member of Movant filed in support of the Motion; and proper notice of the hearing (the "Hearing") on the Motion having been given to the Debtor, the Debtor's counsel, the creditors listed by the Debtor in its petition and any parties that filed a notice of appearance; and upon the record of the Hearing held before the undersigned on June 16, 2010, the transcript of which is incorporated by reference herein; and good cause appearing for the relief requested in the Motion; it is hereby

        **ORDERED**, that the Motion is hereby granted to the extent set forth herein; and it is further

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**ORDERED**, that the automatic stay of Bankruptcy Code §362 is modified to permit the Movant to enforce the Warrant in the State Court and to take any further action which may be necessary to obtain possession of the Premises; and it is further

**ORDERED**, that Movant may exercise its right of recoupment with respect to the Deposit against amounts due to Movant under the Lease; and it is further

**ORDERED**, that pursuant to Bankruptcy Rule 4001(a)(3), this Order shall be effective immediately.

Dated: New York, New York
    June __, 2010

_____
Honorable Martin Glenn
United States Bankruptcy Judge

JSK/D306393v/F099999